PHILIP H. BROWN, ESQ.
Nevada Bar No. 6240
BROWN LAW OFFICES
200 Hoover Ave., Suite #130
Las Vegas, NV 89101
Telephone (702) 405-0505
Facsimile (866) 215-8145
Thelasvegasdefender@gmail.com
Attorney for Defendant George McKenna

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>JACOB VILLANUEVA, JR. et al.,<br><br>Defendants. | CASE NO.: 2:12-CR-0082<br><br>**DEFENDANT GEORGE MCKENNA'S UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCING INVESTIGATION REPORT AND PROPOSED ORDER** |

Comes now, appointed counsel Phil Brown Esq., and hereby moves this Court request a Pre-Plea Presentence Investigation Report be prepared by the Probation Department.

1) It appears that defendant may be subject to substantially different sentencing ranges depending upon his verified criminal history as well as other factors surrounding his offense and plea. Defendant McKenna's decision regarding how to proceed may be drastically

/ / /

/ / /

/ / /

-1-

impacted by his sentencing exposure in this regard. The pre-plea presentence report will promote judicial economy and aid in the manner in which this case is ultimately resolved.

2) Undersigned counsel therefore respectfully requests an order that the Department of Probation conduct a pre-plea presentence investigation report as soon as possible.

3) Undersigned counsel has spoken to the prosecutor, Assistant United States Attorney Kimberly Frayn regarding this request and she has no opposition.

DATED this 10th day of July, 2012.

/s/Philip H. Brown
PHILIP H. BROWN, ESQ.
200 HOOVER AVE, SUITE #130
LAS VEGAS, NEVADA 89101
ATTORNEY FOR THE DEFENDANT
GEORGE McKENNA

| | |
|---|---|
| 1 | PHILIP H. BROWN, ESQ. |
| | Nevada Bar No. 6240 |
| 2 | BROWN LAW OFFICES |
| 3 | 200 Hoover Ave., Suite 130 |
| | Las Vegas, NV 89101 |
| 4 | Telephone (702) 405-0505 |
| | Facsimile (866) 215-8145 |
| 5 | Thelasvegasdefender@gmail.com |
| 6 | Attorney for Defendant George McKenna |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JACOB VILLANUEVA, et. al.,

Defendants.

CASE NO.: 2:12-CR-0082

**ORDER GRANTING DEFENDANT GEORGE McKENNA'S UNOPPOSED MOTION FOR PRE-PLEA PRESENTENCING INVESTIGATION REPORT**

IT IS HEREBY ORDERED that the Probation Department will prepare a Pre-Sentence Investigation Report on Defendant George McKenna.

DATED this the 11th day of July, 2012.

_____
U.S. DISTRICT JUDGE

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of Brown Law Offices, Chartered, and is a person of such age and discretion as to be competent to serve papers.

That on July 10, 2012, she served an electronic copy of the above and foregoing UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCING INVESTIGATION REPORT by electronic service (ECF) to the person named below:

>DANIEL BOGDON
>United States Attorney
>
>KIMBERLY FRAYN
>Assistant United States Attorney
>333 Las Vegas Blvd. So., 5th Floor
>Las Vegas, NV 89101

/s/ Mary D. Brown
_____
Employee of Brown Law Offices, Chartered