JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
ORONOZ & ERICSSON, L.L.C.
700 SOUTH 3RD STREET
Las Vegas, Nevada 89101
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | ) 2:12-CR-0082-MMD-VCF<br>) |
| vs. | ) **UNOPPOSED MOTION TO CONDUCT A**<br>) **PRE-PLEA PRESENTENCE**<br>) **INVESTIGATION REPORT AND** |
| NAVAZ DOWLING, | ) **PROPOSED ORDER**<br>) |
| Defendant. | )<br>) |

COMES NOW, defendant, NAVAZ DOWLING, by and through his counsel, JAMES A. ORONOZ, ESQ., and hereby moves this Court for an Order granting the instant motion for a Pre-Plea Presentence Investigation Report to be prepared by the United States Department of Parole and Probation.

1. It is counsel's understanding that Mr. Dowling has been convicted of a felony offense outside of Nevada. Counsel is unaware of any additional convictions. Accordingly, counsel believes that Mr. Dowling has a Criminal History Category of I. Mr. Dowling's Criminal History Category will drastically impact his sentencing exposure, negotiations, and his decision as to how he should proceed in this matter. A pre-plea presentence investigation report will promote judicial economy and aid in the manner in which this case is timely resolved.

1

2. Therefore, undersigned counsel respectfully requests this Court issue an Order directing the United States Department of Parole & Probation to conduct a pre-plea presentence investigation report as soon as possible.

3. Undersigned counsel has spoken to the prosecutor, Assistant United States Attorney Kimberly Frayn, regarding this request and she has no opposition.

DATED this 8th day of August, 2012.

/s/ James A. Oronoz
JAMES A. ORONOZ, Esq.
700 South 3rd Street
Las Vegas, NV 89101
*Counsel for Navaz Dowling*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:12-CR-0082-MMD-VCF |
| vs. | |
| NAVAZ DOWLING, | **ORDER** |
| Defendant. | |

IT IS HEREBY ORDERED that that the United States Department of Parole and Probation will prepare a Pre-Plea Pre-Sentence Investigation Report on Defendant Navaz Dowling.

DATED this 8th day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that I am an employee of Oronoz & Ericsson L.L.C. and is a person of such age and discretion as to be competent to serve papers.

That on August 8, 2012, I served an electronic copy of the above and foregoing UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCE INVESTIGATION REPORT AND PROPOSED ORDER by electronic service (ECF) to the person(s) named below:

>DANIEL G. BOGDEN
>United States Attorney
>333 Las Vegas Blvd. South, #5000
>Las Vegas, NV 89101
>*Counsel for United States*
>
>KIMBERLY FRAYN
>Assistant United States Attorney
>333 Las Vegas Blvd. South, #5000
>Las Vegas, NV 89101
>*Counsel for United States*

>/s/    Lucas Gaffney, Esq.
>Employee of Oronoz & Ericsson L.L.C.

4