# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-cr-00082-MMD-VCF |
| Plaintiff, | **MINUTE ORDER** |
| vs. | |
| JAVIER PANUCO, | |
| Defendant. | |

Before the Court is Defendant Javier Panuco's Unopposed Motion for an Order for Pre-trial Services to Conduct an Interview with Defendant (#139).

On August 14, 2012, Defendant Javier Panuco filed the Unopposed Motion for Order to Pre-trial Services to Conduct Defendant Interview (#142). The Unopposed Motion for Order to Pre-trial Services to Conduct Defendant Interview (#142) repeats the request of the Unopposed Motion for an Order for Pre-trial Services to Conduct an Interview with Defendant (#139). Judge Du entered an Order (#144) granting the Unopposed Motion for Order to Pre-trial Services to Conduct Defendant Interview (#142) on August 14, 2012.

IT IS HEREBY ORDERED that Defendant Javier Panuco's Unopposed Motion for an Order for Pre-trial Services to Conduct an Interview with Defendant (#139) is denied as Moot.

DATED this 15th day of August, 2012.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE