UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VANESSA RUIZ,<br><br>Defendants. | Case No. 2:12-cr-00082-MMD-VCF<br><br>ORDER<br><br>Def's Mtn. for Due Process in Closing Argument – dkt. no. 289) |

Before the Court is Defendant's Motion for Due Process in Closing Argument (dkt. no. 289). Defendant brought the motion to inform the Court of her "position" that she opposes any "reserved" argument by the government. Defendant appears to seek a preliminary blanket ruling from the Court directing the government not to reserve any arguments for rebuttal as part of its closing argument. Defendant's Motion is premature and is therefore DENIED.

DATED THIS 18th day of March 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE